1
2
3
4
5
6

TROUTMAN SANDERS LLP
Jessica Lohr, Bar No. 302348
jessica.lohr@troutman.com
11682 El Camino Real
Suite 400
San Diego, CA  92130-2092
Telephone: 858-509-6000
Facsimile:  858 509 6040

*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*

7

8        UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CAMERON AUJUARD, | Case No. |
| 12              Plaintiff, | **DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S NOTICE OF REMOVAL** |
| 13  v. | |
| 14  PORTFOLIO RECOVERY ASSOCIATES, LLC; and DOES 1-10 | |
| 15  inclusive, | |
| 16              Defendants. | |

17

18   TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT

19         COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

20         Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Portfolio Recovery

21   Associates, LLC ("Defendant" or "PRA"), by counsel, hereby removes this civil

22   action, pending in the Superior Court of the State of California for the County of

23   Sacramento, Case No. 34-2018-00230200 (the "State Court Action"), to the United

24   States District Court for the Eastern District of California.  Removal is proper because

25   this Court has subject matter jurisdiction over the action under federal question

26   jurisdiction. *See* 28 U.S.C. § 1331. Accordingly, PRA removes this action to this

27   Court, and in support thereof, states the following:

28

# I. BACKGROUND

1.      Plaintiff Cameron Aujuard ("Plaintiff") commenced the State Court Action against PRA by filing a Complaint in the Superior Court of the State of California for the County of Sacramento on April 2, 2018 (the "Complaint"). Pursuant to 28 U.S.C. § 1446(a), a copy of all process pleadings, and orders served on PRA in the State Court Action are attached hereto as **Exhibit A**.

2.      On April 9, 2018, PRA's registered agent was personally served with a copy of the Complaint.

3.      This Notice of Removal is being filed within thirty days of service of the Complaint on Defendant. This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

4.      The above-captioned action is a suit for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA") and the Rosenthal Fair Debt Collection Practices Act, CAL. CIV. CODE § 1788 *et seq.* ("RFDCPA").

## II. FEDERAL QUESTION JURISDICTION

5.      This Court has original jurisdiction over Plaintiff's TCPA claims pursuant to 28 U.S.C. § 1331, which states that federal question jurisdiction is appropriately exercised over "all civil actions arising under the Constitution, laws, or treaties of the United States."

6.      This Court has supplemental jurisdiction over Plaintiff's California state-law claims pursuant to 28 U.S.C. § 1367(a), which states that "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

7.      Removal of this action is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the

NOTICE OF REMOVAL

district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8.    In his Complaint, Plaintiff alleges PRA violated the TCPA by "us[ing] an 'automatic telephone dialing system,' . . . to place its repeated collection calls to Plaintiffs [cellular telephone number] seeking to collect the debt allegedly owed." (Exhibit A at ¶¶ 7–13, 16).

9.    Federal question jurisdiction exists over this action because the allegations asserted by Plaintiff in the Complaint involve questions that will require resolution of significant, disputed issues arising under federal law. This case qualifies for federal question jurisdiction and is removable because Plaintiff's Complaint alleges claims under, and requires a ruling on, the TCPA.

10.    Plaintiff's claims purporting to arise under California state law are so related to Plaintiff's federal claims, which are within the original jurisdiction of this Court, that they form part of the same case or controversy.  Specifically, all claims arise out of PRA's attempts to collect Plaintiff's debt via telephone calls to Plaintiff's cellular telephone number. Accordingly, the Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1441(c) and 28 U.S.C. § 1367(a).

11.    Pursuant to 28 U.S.C. § 1441(b), removal is proper irrespective of the citizenship or residence of the parties.

### III. VENUE

12.    Venue is proper in this Court because this district and division encompass the Superior Court of the State of California for the County of Sacramento, the forum from which the case has been removed. *See* 28 U.S.C. § 1441.

### IV. NOTICE

13.    Concurrent with the filing of this Notice, PRA will file a Notice of Filing of Notice of Removal with the Clerk of the Superior Court of the State of California for the County of Sacramento, a copy of which is attached hereto as **Exhibit B**.

14.    Upon information and belief, the contents of **Exhibit A** and **Exhibit B** constitute the entire file of the action pending in the state court as required pursuant to 28 U.S.C. §1446(a).

WHEREFORE, PRA hereby removes this action to this Court.

Dated:    May 7, 2018                            TROUTMAN SANDERS LLP


By: */s/ Jessica R. Lohr*
    Jessica R. Lohr

    *Attorneys for Defendant*
    *Portfolio Recovery Associates, LLC*

NOTICE OF REMOVAL

# CERTIFICATE OF SERVICE

I, Sandy Olalde, am employed in the City of San Diego, County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 11682 El Camino Real, Suite 400, San Diego, CA 92130.

On May 7, 2018, I served the foregoing document(s) described as:

**1.  DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S NOTICE OF REMOVAL**

On the parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service:

**XX** - VIA U.S. MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.  A rue and correct copy thereof was enclosed in sealed envelope(s) and addressed as follows.

Todd M. Friedman                              *Counsel for Plaintiff*
Adrian R. Bacon
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
Email: tfriedman@toddflaw.com;
        abacon@toddflaw.com

FEDERAL ONLY - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2018, at San Diego, California.

*/s/ Sandy Olalde*
Sandy Olalde

NOTICE OF REMOVAL

35083291