UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON AUJUARD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　Defendant. | Case No. 2:18-cv-01130-TLN-CKD<br><br>**ORDER** |

The Court has reviewed and considered Defendant Portfolio Recovery Associates, LCC's unopposed Motion to Amend the Scheduling Order (ECF No. 11), seeking to amend the Court's May 7, 2018 Initial Pretrial Scheduling Order (ECF No. 2). Pursuant to Federal Rule of Civil Procedure 16 and for good cause shown in light of Defendant's diligence in seeking to modify the order, Defendant's Motion is GRANTED. The Court ORDERS as follows:

- Dispositive Motions: All dispositive motions together with depositions, admissions, documents, affidavits, or other such matter in support thereof shall be filed and served by **May 14, 2020**, noticed for a hearing date of June 11, 2020. Opposition, if any, shall be due **May 28, 2020**, and replies due **June 4, 2020**.

- **Joint Notice of Trial Readiness**: The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling(s) on the last filed dispositive motion(s).

All other deadlines and/or procedures set forth in the May 7, 2018 Scheduling Order (ECF No. 2) remain unchanged.

IT IS SO ORDERED.

DATED: April 7, 2020

Troy L. Nunley
United States District Judge