UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON AUJUARD,<br><br>         Plaintiff,<br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; and DOES 1-10, inclusive,<br><br>         Defendants. | CASE NO: 2:18-cv-01130-TLN-CKD<br><br>**ORDER** |

The Court has reviewed Plaintiff's Request to File Documents in Support of Motion for Summary Judgment Under Seal (ECF No. 25) and all related documents. Pursuant to Federal Rule of Civil Procedure 26, the stipulated protective order of the parties (ECF No. 8), and good cause appearing, Plaintiff's request is hereby GRANTED. The Clerk of the Court shall SEAL the following documents:

///

///

///

///

1. Exhibit 1 to the Declaration of Todd M. Friedman in Opposition to Defendant's Motion for Summary Judgment, filed at ECF No. 23-2;
2. Exhibit 2 to the Declaration of Todd M. Friedman in Opposition to Defendant's Motion for Summary Judgment, filed at ECF No. 23-3.

The documents shall remain under seal for the duration of this litigation unless and until further order of the Court.

IT IS SO ORDERED.

DATED: June 19, 2020

Troy L. Nunley
United States District Judge