TROUTMAN PEPPER
HAMILTON SANDERS LLP
Jessica Lohr, Bar No. 302348
jessica.lohr@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: 858.509.6000
Facsimile: 858.509.6040

*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON AUJUARD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; and<br>DOES 1 – 10 inclusive,<br><br>　　　　　Defendant. | Case No.  2:18-cv-01130-TLN-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE**<br><br>Judge: Hon. Troy L. Nunely |

Pursuant to the Civil L.R. 143, Defendant Portfolio Recovery Associates, LLC ("PRA") and Plaintiff Cameron Aujuard ("Plaintiff") (together, the "parties"), through their respective counsel, stipulate and respectfully request a stay of all proceedings in this case pending the decision of the Supreme Court of the United States in *Facebook, Inc. v. Duguid*, No. 19-511 (July 9, 2020). Accordingly, the parties STIPULATE and AGREE as follows:

1. On April 2, 2018, Plaintiff filed the present action against PRA for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") and the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, *et seq.* (Dkt. No. 1-1.)

2. In connection with her TCPA claims, Plaintiff alleges PRA used an automatic telephone dialing system to place telephone calls to her cellular telephone without her prior express consent. (*See* Dkt. No. 1-1 ¶¶ 11, 13.)

3. In its Answer to the Complaint, PRA asserted that "the telephone system used to allegedly contact Plaintiff does not constitute an automatic telephone dialing system ("ATDS") under the TCPA. (*See* Dkt. No. 4.)

4. On July 9, 2020, the Supreme Court of the United States granted certiorari in *Facebook, Inc. v. Duguid*, No. 19-511. The central issue the Supreme Court will review and consider in *Facebook* is the definition of an automatic telephone dialing system under the TCPA. Specifically, "[w]hether the definition of ATDS in the TCPA encompasses any device that can 'store' and 'automatically dial' telephone numbers, even if the device does not 'us[e] a random or sequential number generator.'" *See* Petition for Writ of Certiorari at ii, *Facebook, Inc.*, No. 19-511 (U.S. Oct. 17, 2019). The case will be argued before the Supreme Court during the October 2020 Term.

5. As evidenced by the parties' pleadings, PRA's Motion for Summary Judgment, (Dkt. No. 19), and Plaintiff's opposition to PRA's Motion for Summary Judgment, (Dkt. No. 23), the definition of an automatic telephone dialing system under the TCPA is a central, and disputed, issue in the present action.

6. The parties agree that a stay of all proceedings in this matter is appropriate until the Supreme Court issues a decision in *Facebook* regarding the definition of an automatic telephone dialing system under the TCPA.

7. The proposed stay is in the furtherance of judicial economy and will avoid unnecessary expense for the parties and the Court.

8. The proposed stay is for good cause and is not made for an improper purpose. Neither party will suffer any prejudice as a result of the stay.

IT IS THEREFORE STIPULATED AND AGREED between the parties, by and through their respective counsel, that, subject to this court's approval:

1. All proceedings in this action are stayed pending the decision of the Supreme Court of the United States in *Facebook, Inc. v. Duguid*, No. 19-511 (July 9, 2020).

2. The parties shall provide the Court with a joint status report within fourteen (14) days of the Supreme Court's decision in *Facebook*.

3. The stay may be lifted at any time by order of the court.

Respectfully submitted this 6th day of October 2020:

| */S/ Jessica Lohr* | */S/ Todd M. Friedman* |
|---|---|
| Jessica Lohr | Todd M. Friedman, Esq. |
| Troutman Pepper Hamilton Sanders LLP | Law Offices of Todd M. Friedman, P.C. |
| 11682 El Camino Real, Suite 400 | 21550 Oxnard St., Suite 780 |
| San Diego, CA  92130-2092 | Woodland Hills, CA 91367 |
| Tel: 858-509-6000 | Tel: 866-598-5042 |
| Fax: 858-509-6040 | Fax: 866-633-0228 |
| Email: jessica.lohr@troutman.com | Email: tfriedman@toddflaw.com |
| Attorney for Defendant Portfolio Recovery Associates, LLC | Attorney for Plaintiff Cameron Aujuard |

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED: _____

Hon.  Troy N. Nunley

## **CERTIFICATE OF CM/ECF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 6, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile, and/or overnight delivery.

*/s/ Jessica R. Lohr*
Jessica R. Lohr