UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON AUJUARD,<br><br>    Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; and<br>DOES 1 – 10 inclusive,<br><br>    Defendant. | Case No. 2:18-cv-01130-TLN-CKD<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Plaintiff Cameron Aujuard ("Plaintiff") and Defendant Portfolio Recovery Associates, LLC ("Defendant") having filed a Stipulation of Dismissal with Prejudice, and after considering said stipulation,

    It is HEREBY ORDERED that this action is **DISMISSED** with prejudice, with each party to bear their own attorneys' fees and costs.

    IT IS SO ORDERED.

Dated: 04/15/2022

Troy L. Nunley
United States District Judge